**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**ANDREW DOMINIQUE ROBINSON**                      **PLAINTIFF**
**ADC #652013**

v.                  **CASE NO: 5:15CV00071 BSM**

**MATTHEW PAUL WRIGHT et al.**                          **DEFENDANT**

## ORDER

The proposed findings and partial recommended disposition ("PRD") submitted by United States Magistrate Judge Patricia S. Harris have been reviewed. No objections have been filed. After careful consideration, the PRD are hereby adopted in all respects and plaintiff Andrew Dominique Robinson's motions for a preliminary injunction and stay [Doc. Nos. 25 & 28] are denied.

IT IS SO ORDERED this 5th day of July 2016.

_____
UNITED STATES DISTRICT JUDGE