# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

**ANDREW DOMINIQUE ROBINSON**     **PLAINTIFF**
**ADC #652013**

**v.**     **CASE NO. 5:15-CV-00071 BSM**

**MATTHEW PAUL WRIGHT et al.**     **DEFENDANTS**

## ORDER

The proposed findings and recommendations [Doc. No. 49] submitted by United States Magistrate Judge Patricia S. Harris have been received. No objections have been filed. After careful consideration, the proposed findings and recommendations are adopted. Accordingly, defendant William Connor's motion to dismiss [Doc. No. 41] is denied.

IT IS SO ORDERED on this 9th day of May 2017.

_____
UNITED STATES DISTRICT JUDGE